UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GETAC, INC., | Case No. 8:25-cv-01472-DOC-(KESx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RAMZI ALAFANDI, PAUL EKELEME, PAY EKELEME LLC, EDWIN RIVERA, and DOES 1-10, | |
| Defendants. | |

On January 8, 2026, this Court entered an Order Granting Motion for Default Judgment (Dkt. 35) against Defendants Ramzi Alafandi, Paul Ekeleme, Pay Ekeleme LLC, and Edwin Rivera.

As part of that Order, this Court entered judgment in favor of Plaintiff against Defendant Ramzi Alfandi in the total amount of $1,799.90, plus post-judgment interest. The Order provides that post-judgment interest is to be calculated pursuant to 28 U.S.C. § 1961 (a) which states: "interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity

Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." The weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of the judgment was 3.48% per annum.[1] The interest was ordered to be computed daily to the date of payment and compounded annually. Dkt. 35; 28 U.S.C.A. § 1961 (b).

The applicable calculation based on 28 U.S.C.A. § 1961 (b) is as follows:

$1,799.90 x 3.48% / 365 = $0.17 daily interest.

Based on the foregoing, Judgment is entered for Getac Inc. and against Ramzi Alafandi in the amount of $1,799.90 plus interest which shall accrue at $0.17 per day beginning on January 8, 2026, until paid in full.

**IT IS SO ORDERED**.

DATED: January 15, 2026

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[1] *See Federal Reserve,* Data Download, *Market yield on U.S. Treasury securities at 1-year constant maturity, available at* https://www.federalreserve.gov/datadownload/Preview.aspx?pi=400&rel=H15&preview=%20H15/H15/RIFLGFCY01_N.WF (last visited Jan. 15, 2026).